**No. 44296.**— ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ —Protest 994965–G of Louis Loeser. ▮▮▮▮▮▮▮ Application by plaintiff for rehearing granted.

SEPTEMBER 6, 1940

**No. 44297.**—Suit 4267.— ▮▮▮▮▮▮▮▮ —*F. Vitelli & Son v. United States.* C. D. 154 affirmed. C. A. D. 134.

BEFORE THE FIRST DIVISION, SEPTEMBER 11, 1940

**No. 44298.**—Protests 482483–G, etc., of Millinery Clearing House (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44299.**—Protests 814465–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44300.**—Protest 580592–G of John Dunn Son Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166 C. D. 314). The protests were therefore sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 11, 1940

**No. 44301.**—Protest 14382–K of Boston & Lockport Block Co. (New York)

Opinion by CLINE, J. The collector's report indicated that the sandalwood and the immediate containers thereof were not marked to indicate the country of origin. The protest was therefore overruled.